# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0195. SAM LONG v. PAL MF PARAMOUNT, LLC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Sam Long appealed to the state court, which also ruled in the plaintiff's favor. Long then filed this appeal. We, however, lack jurisdiction.

Appeals from state court decisions reviewing magistrate court decisions by de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Long's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/13/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.